**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____

| | |
|---|---|
| **TRUSTEES OF THE BRICKLAYERS LOCAL 1 CONNECTICUT HEALTH FUND;** : <br> **TRUSTEES OF THE BRICKLAYERS LOCAL 1 CONNECTICUT LABOR MANAGEMENT COOPERATION TRUST FUND and THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, LOCAL 1** : | |
| Plaintiffs   : | Civil Action No. |
| V.   : | Date: November 14, 2019 |
| **URBAN CONTRACTORS OF CT, LLC** <br> **ELMAR SHAKIR**   : | |
| Defendants   : | |

_____

# COMPLAINT

Plaintiffs, by their attorneys, Gould Killian LLP, complaining of the Defendants, allege as follows:

## PARTIES

1. Plaintiffs are the duly appointed Trustees of the Bricklayers Local 1 Connecticut Health Fund, the Trustees of the Bricklayers Local 1 Connecticut Labor Management Cooperation Trust Fund, (collectively referred to herein as "Funds") and the International Union of Bricklayers and Allied Craftworkers Local 1.

2. The Funds are "employee benefit plans" within the meaning of Section 3(3) of The Employment Retirement Income Security Act of 1974 (hereinafter "ERISA"), 29 U.S.C. §1002(3), and are "multiemployer plans" within the meaning of Section 3(37) of ERISA, 29 U.S.C. §1002(37).  The Funds are established and maintained by a Restated Agreement and

Gould Killian LLP
280 Trumbull Street
21st Floor
Hartford CT 06103
(860) 278-1270
Fax (860) 244-9290
Juris No. 24240

Declaration of Trust and by a Collective Bargaining Agreement between the International Union of Bricklayers and Allied Craftworkers, Local 1 and Urban Contractors of CT, LLC.

3. The defendant, URBAN CONTRACTORS OF CT, LLC (hereinafter "Urban") is a Connecticut limited liability company maintaining offices and conducting business at 3080 Main Street, Hartford, Connecticut.  Urban is an "employer in an industry affecting commerce" pursuant to ERISA, 29 U.S.C. §1002(5), (9), (11), (12) and (14).

4. The defendant, ELMAR SHAKIR is an individual who resides at 410 River Street, Windsor, Connecticut.  Mr. Shakir is the owner and Sole Member of Urban, and makes all final decisions over payments made by the company.  Upon information and belief, Mr. Shakir controls every aspect of the business.

## JURISDICTION AND VENUE

5. This action is brought pursuant to the provisions of Section 515 of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §1145.  This action arises under the laws of the United States, specifically Section 502(a)(3) of ERISA, 29 U.S.C. §1132(a)(3).  Pursuant to Section 502(e)(1) of ERISA, 29 U.S.C. §1132(e)(1), jurisdiction is therefore conferred on this Court.

6. The Funds are administered in Connecticut.  The defendant is located in Connecticut, and the breach occurred in Connecticut.  Venue is conferred on this Court pursuant to Section 502(e)(2) of ERISA, 29 U.S.C. §1132(e)(2), which provides:

(2) Where an action under this title is brought in a district court of the United States, it may be brought in the district where the plan is administered, where the breach took place, or where a defendant resides or may be found, and process may be served in any other district where a defendant resides or may be found.

Gould Killian LLP
280 Trumbull Street
21st Floor
Hartford CT 06103
(860) 278-1270
Fax (860) 244-9290
Juris No. 24240

7.     Urban performs contracting or subcontracting work in the bricklaying and masonry industry in the State of Connecticut and employs or has employed members of the International Union of Bricklayers and Allied Craftworkers and its affiliated local unions ("Union"), or nonmembers working in covered employment.

## CAUSE OF ACTION

**COUNT ONE – Breach of Collective Bargaining Agreement and Failure to make benefit contributions pursuant to ERISA**

8.     Urban, acting by and through its authorized agent or officer, executed a collective bargaining agreement ("Agreement") with the Union.

9.     Pursuant to the Agreement, Urban agreed to make certain payments to the Funds maintained on behalf of employees performing work in covered employment.

10.    Urban agreed to be bound by the foregoing document and to make certain contributions to the Funds.

11.    Under the terms of said contract and of the Declarations of Trust adopted by the Boards of Trustees of the Funds, Urban is also liable for a reasonable rate of interest on said delinquent contributions until paid, plus all costs of collection, including audit fees, attorney's fees and liquidated damages in the amount of twenty (20%) percent of the delinquent contributions.

12.    Pursuant to an audit of Urban's payroll records, it is delinquent to the Funds in the amount of $17,469.15 for the time period January 1, 2016 through September 30, 2018.

13.    Based upon reports of hours worked in covered employment submitted by Urban, an additional $47,169.79 is due for October 1, 2018 through July 31, 2019.

Gould Killian LLP
280 Trumbull Street
21st Floor
Hartford CT 06103
(860) 278-1270
Fax (860) 244-9290
Juris No. 24240

14. As long as Urban continues to employ workers performing covered employment, the delinquency owed to the Funds will increase during the pendency of this action.

15. Due demand for the foregoing amount has been made upon Urban by counsel for the Funds, but to date the foregoing contributions, interest and liquidated damages due and owing to the Funds have not been paid.

16. As a result of Urban's failure to meet its obligations under the terms of the collective bargaining agreement, Plaintiffs have been required to employ counsel in order to enforce such obligations. Plaintiffs have brought this action in faithful performance of the fiduciary duties imposed upon them under Section 404(a)(1) of ERISA, 29 U.S.C. §1104(a)(1). Plaintiffs have been, and are, incurring attorney's fees as a direct result of Urban's failure to make contributions in accordance with the terms and conditions of the pertinent collective bargaining agreement.

**COUNT TWO – Pierce the corporate veil**

17. The plaintiffs reallege paragraphs eight through sixteen of Count One above as if more fully set forth herein as paragraph seventeen through twenty-five of this Count Two.

26. At all times relevant hereto, the defendant, Elmar Shakir, was the owner and sole member of Urban.

27. Upon information and belief, at all times relevant hereto, the defendant, Urban was the mere instrumentality of Elmar Shakir, in that Mr. Shakir exercised complete control and domination of the finances, policies and business practices of Urban, which control he exercised to prevent the payment of contributions justly owed to the funds.

Gould Killian LLP
280 Trumbull Street
21st Floor
Hartford CT 06103
(860) 278-1270
Fax (860) 244-9290
Juris No. 24240

**COUNT THREE – Breach of Fiduciary duty**

28. The plaintiffs reallege paragraphs eight through sixteen of Count One above as if more fully set forth herein as paragraph twenty-eight through thirty-six of this Count Two.

37. The delinquent contributions owed to the Funds are Trust assets pursuant to the Declarations of Trust referred to above.

38. Elmar Shakir exercised discretionary authority or discretionary control over the management or disposition of Fund assets, in that he controlled the payment or nonpayment of the benefit contributions.

39. Elmar Shakir controlled how the funds paid to the company were used, and used Trust assets for purposes other than payment of benefit contributions.

40. Elmar Shakir is a fiduciary under ERISA, 29 U.S.C.A. §1002(21)(A).

41. Elmar Shakir is personally liable for the delinquent contributions pursuant to ERISA §29 U.S.C.A. 1109(a).

WHEREFORE, Plaintiffs demand judgment against the Defendants as follows:

1. For a money judgment consisting of the following:

a. For unpaid contributions due in the amount of $64,638.94 (ERISA Section 502(g)(2)(A));

b. For interest assessed on the delinquent contributions calculated from the date due through the date of judgement at the rate of 12 percent per annum pursuant to contract and ERISA Section 502(g)(2)(B));

c. For liquidated damages assessed on the delinquent contributions at the rate of 20 percent pursuant to contract and ERISA Section 502(g)(2)(C);

Gould Killian LLP
280 Trumbull Street
21st Floor
Hartford CT 06103
(860) 278-1270
Fax (860) 244-9290
Juris No. 24240

2. For reasonable attorneys' fees and costs of this case pursuant to contract and ERISA Section 503(g)(2)(D);

3. That the Defendants be ordered to comply with its obligations to report and to contribute to the Funds during the pendency of this action;

4. That the Defendants be ordered to comply with its obligations to allow a Field Audit of payroll records by the Funds during the pendency of this action;

5. Such other legal or equitable relief as this Court deems appropriate, including judgment for any contributions and/or interest thereon that may accrue subsequent to the filing of this complaint, as well as any resulting penalties thereon pursuant to ERISA.

Dated at Hartford, Connecticut this 14th day of November, 2019.

                PLAINTIFFS

By   /s/Nancy Gould
Nancy Gould
Fed. Bar No. CT 10567
Gould Killian LLP
280 Trumbull Street, 21st floor
Hartford, CT 06103
Phone: (860)278-1270
Fax: (860)244-9290
Email: ngould@gouldkillian.com

Gould Killian LLP
280 Trumbull Street
21st Floor
Hartford CT 06103
(860) 278-1270
Fax (860) 244-9290
Juris No. 24240

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Complaint has been served by certified mail, as required by 502(h) of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132(h), this 14th day of November 2019, on the following:

Secretary of the Treasury
INTERNAL REVENUE SERVICE
P.O. Box 13163
Baltimore, MD 21203
**Attn: Employee Plans**

Secretary of Labor
200 Constitution Avenue, N.W.
Washington, D.C. 20210
**Attn: Assistant Solicitor for Plan
　　　　Benefits Security**

                           By    /s/Nancy Gould
                                Nancy Gould
                                Fed. Bar No. CT 10567
                                Gould Killian LLP
                                280 Trumbull Street, 21st floor
                                Hartford, CT 06103
                                Phone: (860)278-1270
                                Fax: (860)244-9290
                                Email: ngould@gouldkillian.com

Gould Killian LLP
280 Trumbull Street
21st Floor
Hartford CT 06103
(860) 278-1270
Fax (860) 244-9290
Juris No. 24240